FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 22 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

KIMBERLY HOROSKI,

            Plaintiff,

-against-

BROOKHAVEN MEMORIAL HOSPITAL,

           Defendant.

------------------------------------------------------X

Civ. Action No. 18-294 (LDW)(SIL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant, that Plaintiff's claims against Defendant in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendant shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: New York, New York

      March 19, 2018

THE LAW OFFICE OF DAVID H.
ROSENBERG, P.C.

By: _____
David H. Rosenberg, Esq.
170 Old Country Road, Suite 600
Mineola, NY 11501
*Attorney for Plaintiff*

RIVKIN RADLER LLP

By: _____
Jonathan B. Bruno
477 Madison Avenue, 20th Floor
New York, New York 10022
*Attorneys for Defendant*

SO ORDERED: Case closed.

S/ Leonard D. Wexler
_____
Hon. Leonard D. Wexler
3/22/18

3919351 v1